AO 10
Rev. 1/2015

**1. Person Reporting (last name**

MAROVICH, C

**4. Title (Article III judges indi**
    magistrate judges indica

ARTICLE III J

# FINANCIAL DISC

## III. NON-INVESTM

### A. Filer's Non-Investme

 NONE *(No report*

DATE

## V. GIFTS. *(Includes those*

☑ NONE *(No report*

SOURCE

# FINANCIAL DISC

## VII. INVESTMENT

☐ NONE *(No report*

A.

Description of A

(including trust as

## VIII. ADDITIONAI

_VII_ . The

Bo+

# FINANCIAL DISC

## IX. CERTIFICATI

I certify that all informat

accurate, true, and complete

provisions permitting non-dis

I further certify that earn

compliance with the provision